UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>10-20763-CR-LENARD(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

HENRY De JESUS LOPEZ LONDOÑO,
    a/k/a "Mi Sangre,"
    a/k/a "Salvador,"
    a/k/a "Carlos Mario,"
    a/k/a "Brother,"
    a/k/a "Krackin,"
    a/k/a "Federico,"
JHON FERNANDO GIRALDO USUGA,
    a/k/a "Simon,"
    a/k/a "Revenlino,"
ARLEY USUGA TORRES,
    a/k/a "07,"
    a/k/a "Siete,"
    a/k/a "Samuel,"
JOSE CARLOS LONDOÑO ROBLEDO,
    a/k/a "Tito,"
    a/k/a "Wolverine,"
CARLOS ANTONIO MORENO TUBERQUIA,
    a/k/a "Nicholas,"
EDISON GOMEZ MOLINA,
    a/k/a "El Doctor,"
and
JUAN DIEGO GIRALDO USUGA,
    a/k/a "Menor,"
    a/k/a "Camilo,"

    Defendants.
_____/

Sealed



FILED by _____ D.C.
FEB 10 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

Beginning in or about at least October 2006, the exact date being unknown to the Grand Jury, and continuing until the date of this Superseding Indictment, in the country of Colombia, South America and elsewhere, the defendants,

**HENRY De JESUS LOPEZ LONDOÑO,**
a/k/a "Mi Sangre,"
a/k/a "Salvador,"
a/k/a "Carlos Mario,"
a/k/a "Brother,"
a/k/a "Krackin,"
a/k/a "Federico,"
**JHON FERNANDO GIRALDO USUGA,**
a/k/a "Simon,"
a/k/a "Revenlino,"
**ARLEY USUGA TORRES,**
a/k/a "07,"
a/k/a "Siete,"
a/k/a "Samuel,"
**JOSE CARLOS LONDOÑO ROBLEDO,**
a/k/a "Tito,"
a/k/a "Wolverine,"
**CARLOS ANTONIO MORENO TUBERQUIA,**
a/k/a "Nicholas,"
**EDISON GOMEZ MOLINA,**
a/k/a "El Doctor,"
and
**JUAN DIEGO GIRALDO USUGA,**
a/k/a "Menor,"
a/k/a "Camilo,"

did knowingly and intentionally combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(1); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## **CRIMINAL FORFEITURE**

a. The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b. Upon conviction of the violation alleged in this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

HENRY De JESUS LOPEZ LONDOÑO, et al.,

    **Defendants.**
_____/

CASE NO. ____10-20763-CR-LENARD(s)____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes __X__ | No ____ |
| Number of New Defendants | 6 | |
| Total number of counts | 1 | |

**Court Division:** (Select One)

__X__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   **YES**
   List language and/or dialect   **SPANISH**

4. This case will take __10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days    ____            Petty      ____
   II   6 to 10 days   __X__           Minor      ____
   III  11 to 20 days  ____            Misdem.    ____
   IV   21 to 60 days  ____            Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   **YES**
   If yes:
   Judge:  __Lenard__                    Case No.  __10-20763-CR__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **NO**
   If yes:
   Magistrate Case No.  _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the  _____   District of  _____

   Is this a potential death penalty case? (Yes or No)   **NO**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

                _____
                ANDREA G. HOFFMAN
                ASSISTANT UNITED STATES ATTORNEY
                Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** HENRY De JESUS LOPEZ LONDOÑO, a/k/a "Mi Sangre," a/k/a "Salvador," a/k/a "Carlos Mario," a/k/a "Brother," a/k/a "Krackin," a/k/a "Federico"

**Case No:** 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: JHON FERNANDO GIRALDO USUGA, a/k/a "Simon," a/k/a "Revenlino"

Case No: 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>ARLEY USUGA TORRES,</u>
<u>a/k/a "07," a/k/a "Siete," a/k/a "Samuel"</u>

**Case No**: <u>10-20763-CR-LENARD(s)</u>

Count #: 1

<u>Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be</u>

<u>unlawfully imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\* Max.Penalty**:    <u>Life Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOSE CARLOS LONDOÑO ROBLEDO, a/k/a "Tito," a/k/a "Wolverine"

Case No: 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

* Max.Penalty: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CARLOS ANTONIO MORENO TUBERQUIA, a/k/a "Nicholas"

**Case No:** 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: EDISON GOMEZ MOLINA, a/k/a "El Doctor"

Case No: 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JUAN DIEGO GIRALDO USUGA, a/k/a "Menor," a/k/a "Camilo"

Case No: 10-20763-CR-LENARD(s)

Count #: 1

Conspiracy to distribute five kilograms or more of cocaine intending that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.