Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>10-20763-CR-LENARD(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA
vs.

HENRY DE JESUS LOPEZ LONDOÑO,
    a/k/a "Mi Sangre,"
    a/k/a "Salvador,"
    a/k/a "Carlos Mario,"
    a/k/a "Brother,"
    a/k/a "Krackin,"
    a/k/a "Federico,"
JHON FERNANDO GIRALDO USUGA,
    a/k/a "Simon,"
    a/k/a "Revenlino,"
ARLEY USUGA TORRES,
    a/k/a "07,"
    a/k/a "Siete,"
    a/k/a "Samuel,"
JOSE CARLOS LONDOÑO ROBLEDO,
    a/k/a "Tito,"
    a/k/a "Wolverine,"
CARLOS ANTONIO MORENO TUBERQUIA,
    a/k/a "Nicholas,"
EDISON GOMEZ MOLINA,
    a/k/a "El Doctor,"
and
JUAN DIEGO GIRALDO USUGA,
    a/k/a "Menor,"
    a/k/a "Camilo,"

_____

FILED by ___ D.C.

MAY 15 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

**COMES NOW, THE UNITED STATES OF AMERICA**, by and through the undersigned Assistant United States Attorney, and hereby files this motion to unseal the Indictment as follows:

1.    On February 10, 2012, pursuant to a request by the undersigned, the above styled

cause was ordered sealed in order to locate and arrest the defendants.

2. On May 14, 2012, two of the defendants were arrested and are now in custody.

Therefore, the United States respectfully requests that this Court enter an Order unsealing the Superseding Indictment in the above styled cause.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Andrea G. Hoffman
ANDREA G. HOFFMAN
Assistant United States Attorney
Court Assigned No. A5500855
99 NE 4th Street
Miami, Florida 33132
Tel: (305) 961-9099
Fax: (305) 536-7213