UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20763-CR-LENARD

UNITED STATES OF AMERICA, )
)
)
v. )
)
EDISON GOMEZ MOLINA, )
)
Defendant. )
)
_____)

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **EDISON GOMEZ MOLINA**, are sufficient to prove the guilt for **Count 1**, that is, the defendant, violated Title 21, United States Code, Section 963.

More specifically, from at least October 2006 until at least February 2012, **GOMEZ MOLINA**, along with others, used airplanes and other means of transportation to ship multiple loads of cocaine from Colombia to Central America. The loads ranged anywhere from 300 to 600 kilograms each. From there, the cocaine would be delivered to representatives of other organizations, who would take the cocaine and ultimately import it into the United States. **GOMEZ MOLINA** is responsible for the shipment or attempted shipment of at least 150 kilograms of cocaine. **GOMEZ MOLINA** knew that the cocaine would ultimately be imported into the United States.

**EDISON GOMEZ MOLINA** has acknowledged his role in the narcotics conspiracy as described more fully in the indictment and this factual resume.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/26/13    By: _____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

Date: _____    By: _____
JOSE CARLOS VILLANUEVA
ATTORNEY FOR DEFENDANT

Date: _____    By: _____
EDISON GOMEZ MOLINA
DEFENDANT